IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In the Matter of: )
) Case No. 08-30974-DHW-13
WILLIAM NATHAN WILLIS )
SSN: xxx-xx-3122 ) Chapter 13
)
Debtor. )

## MOTION FOR RELIEF FROM AUTOMATIC STAY OF SECTION 362 (a)

COMES NOW, your petitioner, Santander Consumer USA Inc. (hereinafter referred to as "Santander"), and respectfully represents unto the Court as follows:

1. That the Debtor, William Nathan Willis (hereinafter "the Debtor"), in the above styled cause filed a petition in the United States Bankruptcy Court for the Middle District of Alabama, the same being Case No. 08-30974-DHW-13.

2. That prior to, and on to-wit: November 29, 2005, the Debtor executed a Retail Installment Sales Contract purchasing **one (1) 2002 Ford Explorer SU; VIN: 1FMZU63K02ZC70822**. A copy of the Retail Installment Sales Contract and Certificate of Title is attached hereto collectively as Exhibit "A" and incorporated herein by reference.

3. That Santander avers that the Debtor failed and refused to make payments as set out in the contract and the contract is now in default through June 1, 2010 in the amount of $4,140.00.

4. That according to the confirmed Chapter 13 plan, the debt was placed into the plan and payments are to be paid to Santander through the Chapter 13 Trustee.

5. That Santander avers that the Debtor has failed and refused to make payments to the Chapter 13 Trustee as set out in the confirmed plan and the payments are now in default.

6. That Santander further avers that under the terms of its agreements, it retains an interest in the collateral that is superior to the interest of the Trustee. Santander further avers that there is no value in the collateral herein beyond the indebtedness owed to Santander and that there is no equity in the said collateral for the estate.

7. That Santander also claims fees and costs for the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, Santander prays this Honorable Court for an Order granting its above and foregoing motion, and for such further and other relief as this Court deems proper.

_____
Paul J. Spina, III,
Attorney for Santander Consumer USA Inc.

**OF COUNSEL:**
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
(205) 298-1800

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing motion upon the following by placing the same in the U.S. Mail, postage pre-paid, and via ECF e-mail on this the **3rd** day of **June, 2010**.

_____
OF COUNSEL

Vonda S. McLeod
Attorney at Law
Post Office Box 201
Montgomery, AL 36101

Curtis C. Reding
Chapter 13 Trustee
Post Office Box 173
Montgomery, AL 36101

William Nathan Willis
790 County Road 915
Clanton, AL 35046

Willis; File #10-16162-1
Case 08-30974    Doc 29    Filed 06/03/10    Entered 06/03/10 16:36:17    Desc Main
            Document      Page 2 of 2